# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# THIRD DIVISION

UNITED STATES OF AMERICA,                    Criminal No. 07-431(3)  PJS/AJB

        Plaintiff,

v.                                                                                                **ORDER**

EVAN S. CROWN,

        Defendant.

    Kimberly A. Svendsen, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

    Howard I. Bass, Esq., for defendant Evan S. Crown.

    Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 1, 2008, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

    1.  Defendant Evan Crown's Motion for Suppression of Illegally Seized Evidence is **denied**  [Docket No. 64]; and

    2.  Defendant Evan Crown's Motion for Severance is **denied**  [Docket No. 90].

Dated:   5/5/08

                                            s/Patrick J. Schiltz
                                            Patrick J. Schiltz
                                            United States District Judge